[No. 7344–3–I. Division One. February 11, 1980.]

PACIFIC DIAMOND COMPANY, INC., *Respondent,* v. MOE
SABEGH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 850906, David C. Hunter, J., entered January
12, 1979. *Reversed* and *remanded* by unpublished opinion
per Dore, J., concurred in by James, A.C.J., and Ringold, J.

[No. 3467–II. Division Two. February 13, 1980.]

*In the Matter of the Marriage of* WENDY ANN
WINTERS, *and* MARVIN WINTERS, JR.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 69358, John H. Kirkwood, J., entered
April 14, 1978. *Affirmed as modified* by unpublished opin-
ion per Reed, C.J., concurred in by Petrie, J., and Johnson,
J. Pro Tem.

[No. 3122–II. Division Two. February 13, 1980.]

C. L. LOVELESS, ET AL, *Respondents,* v. M. S.
SIERRA, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 68640, John W. Schumacher, J.,
entered September 16, 1977. *Dismissed* by unpublished
opinion per Pearson, J., concurred in by Reed, C.J., and
Armstrong, J. Pro Tem.